IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| CHARLES WILLIAM HOOPER, | |
| Plaintiff, | ORDER |
| v. | 12-cv-665-wmc |
| DEPUTY MYERS, | |
| Defendant. | |

---

| | |
|---|---|
| CHARLES WILLIAM HOOPER, | |
| Plaintiff, | ORDER |
| v. | 12-cv-666-wmc |
| DEPUTY GARY PEDERSON, DEPUTY SAUNBURG, CAPTAIN CORONADO, DEPUTY GRAVES, DEPUTY NEIL NEVILLE, DEPUTY FAVE, DEPUTY TOLE and DEPUTY COOK, | |
| Defendants. | |

---

In response to this court's September 14, 2012 order, plaintiff has submitted an amended affidavit of indigency to support his requests for leave to proceed *in forma pauperis*. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In these cases, plaintiff states that he is currently not working and receives food from a food pantry. He has no income and no assets. Because plaintiff's income is less than $16,000, he can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff's complaints are taken under advisement. As soon as the court's calendar permits, plaintiff's complaints will be screened pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about these cases, he should be sure to write the case numbers shown above on his communication.

Entered this 28th day of September, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge